IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTICE OF ERRORS AND/OR DEFICIENCIES**
**IN ELECTRONICALLY FILED DOCUMENTS**

| DATE: May 29, 2009 | CASE NAME: Tarpoff v. United States of America |
|---|---|
| CASE NO. : 09-411-DRH | |
| DOCUMENT NO.: 3 | DOCUMENT TITLE: Exhibit |

One of the following errors/deficiencies has been identified in the document listed above:

☒   Exhibit should of been made an attachment to the complaint, pursuant the Notice electronically filed at document 1.

**ACTION TAKEN BY CLERK'S OFFICE**

☒   Notice of Errors for informational purposes only.

**ACTION REQUIRED BY FILER**

☒   No further action required by the filer as to this document.

JUSTINE FLANAGAN
Acting Clerk of Court

By:   *s/ Tammy McMannis*
       Deputy Clerk

(03/09)