AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRIT OF ILLINOIS

| | |
|---|---|
| John A. Tarpoff<br>*Plaintiff*<br>v.<br>United States of America<br>*Defendant* | )<br>)<br>)   Civil Action No. 09-411-DRH<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  United States of America
c/o  Mr. Courtney Cox
     United States Attorney for the Southern District of Illinois
     Nine Executive Drive
     Fairview Heights, IL 62208

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or <u>60</u> days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mark A. Bradford
DLA Piper LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ACTING
CLERK OF COURT    **JUSTINE FLANAGAN**

Date: 5/29/2009

*Signature of Clerk or Deputy Clerk*

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gina Kirkton, legal Asst, who is designated by law to accept service of process on behalf of *(name of organization)* United States Attorney for So. Dist of ILL, on *(date)* 6-11-09 ; or 9 executive DR fairview Hghts, IL 62208 @ 2:28 pm.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/12/09

Server's signature

Craig Ventimiglia
Printed name and title

OFFICIAL SEAL
KAREN L. GARBER
Notary Public – State of Illinois
My Commission Expires Feb. 7, 2010

Server's address

Additional information regarding attempted service, etc:

American LegalNet, Inc.
www.FormsWorkflow.com