IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF STRIKING
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: June 25, 2009      CASE NAME: Taropff v. United States of America

CASE NO. : 09-411-DRH

DOCUMENT NO.: 6      DOCUMENT TITLE: **Summons Returned Executed**

One of the following errors/deficiencies has been identified in the document listed above:

- ☒ **Filer selected the incorrect event when filing the summons return related to a United States government entity. Filer should have selected "summons returned executed as to USA". Filer should also refer to Rule 4 of the FRCP related to serving United States government entities.**

## ACTION TAKEN BY CLERK'S OFFICE

- ☒ **Doc. 6 is STRICKEN.**

## ACTION REQUIRED BY FILER

- ☒ **Doc. 6 must be refiled by using the correct event "Summons Returned Executed as to USA." Further, copies of the summons and complaint should be served on the U.S. Attorney General, as well as the U.S. Attorney for the Southern District of Illinois. Please consult the Federal Rules of Civil Procedures Rule 4 for further information.**

Justine Flanagan
Acting Clerk of Court

By: s/ Lisa Braun